UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. ALBERS,

    Plaintiff,

v.   CASE NO. 6:11-cv-312-Orl-19GJK

CANDA ALSTON, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 18, 2011, Petitioner filed a Motion to Dismiss (Doc. No. 5). Specifically, Plaintiff asks that his case against Defendants Canda Alston and the Osceola County Department of Corrections be dismissed.[1] The Motion to Dismiss is construed as a motion for voluntary dismissal and is **GRANTED**. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), it is **ORDERED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this _23rd____ day of March, 2011.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff has several cases pending in this Court, but Defendants Alston and the Osceola County Department of Corrections are sued only in the instant case.

Copies to:
OrlP-3 3/23
Steven J. Albers